IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Delores M. Dooley-Turner,<br><br>                        Debtor. | Chapter 13 |
| The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15,<br>                Movant,<br>vs.<br>Delores M. Dooley-Turner,<br>                Debtors / Respondents,<br>and<br>William C. Miller,<br>                Trustee / Respondent. | Case No.: 15-15694-amc |

**CERTIFICATE OF DEFAULT**

      The undersigned, attorney for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15 ("Movant"), hereby certifies that Debtor has defaulted upon the terms of that certain Stipulation in Settlement of Motion for Relief from Automatic Stay approved by the Court on May 9, 2017. It is further certified that the attached notice dated January 31, 2019, was served upon the Debtor and Debtor's attorney on the date appearing on said notice. Debtor has failed to cure the default as stated in the notice and any amounts that may have come due in the normal course following said notice. Accordingly, Movant respectfully requests the Court enter an Order granting Movant relief from the automatic stay with respect to real property of the Debtor known as and located at 2629 Sorrento Road, Philadelphia, PA 19131.

                                                Respectfully submitted,
                                                MILSTEAD & ASSOCIATES, LLC

DATED: May 10, 2019                    /s/Andrew M. Lubin
                                                Andrew M. Lubin, Esquire
                                                Attorney ID No. 54297
                                                alubin@milsteadlaw.com
                                                1 East Stow Road
                                                Marlton, NJ 08053
                                                (856) 482-1400
                                                Attorneys for Movant

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Delores M. Dooley-Turner,<br>            Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15,<br>            Movant,<br>vs.<br>Delores M. Dooley-Turner,<br>            Debtor / Respondent,<br>and<br>William C. Miller,<br>            Trustee / Respondent. | Case No.: 15-15694-amc |

### STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15 ("Mortgagee"), and Delores M. Dooley-Turner ("Debtor"), by and through their respective counsel, hereby stipulate and agree as follows (as used herein the singular shall include the plural and the masculine shall include the feminine):

1. The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. Mortgagee is holder of a mortgage which is a lien on real property owned by Debtor known as and located at 2629 Sorrento Road, Philadelphia, PA 19131 ("the Property").

200660-7

3. The parties certify that there is a post-petition delinquency which is to be cured pursuant to the terms of this stipulation said delinquency consisting of the following:

| 7 Payments @ $841.15 (11/01/2016 – 05/01/2017) | $5,888.05 |
| Less Suspense Balance | ($341.31) |
| **Total Post-Petition Arrears** | **$5,546.74** |

4. The total post-petition arrears in the amount of $5,546.74 will be capitalized into and paid through the Debtor's Chapter 13 Plan. Debtor shall file a motion to amend the confirmed Chapter 13 Plan post-confirmation. The Secured Creditor shall file an amended Proof of Claim to include the post-petition arrears as stated in this Stipulation.

5. Commencing on June 1, 2017, Debtor shall resume making regular monthly mortgage payments currently in the amount of $841.15 and will pay late charges if applicable.

6. Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this stipulation shall change accordingly.

7. Should Debtor fail to make any of the payments required by the terms of this stipulation, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than fifteen (15) days late, Mortgagee may send Debtor and Debtor's counsel a written notice of default of this stipulation. If the default is not cured within ten (10) days of the date of said notice, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property. In the event a Notice of Default is issued and the Debtor remits a partial payment, it is agreed that acceptance of partial payment by the Mortgagee during the cure period shall not constitute a satisfaction or waiver of the Notice of Default. Absent a full cure of the Notice of

200660-7

Default, Mortgagee may file its Certification of Default with the Court and pursue the entry of a relief order.

8.  Should the Debtor's post-confirmation plan be denied confirmation, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief as to the property.

9.  In the event the instant bankruptcy case is converted to a case under Chapter 7, this shall constitute a default under the terms of this Stipulation, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property.

STIPULATED AND AGREED TO BY:

_____    Dated: 5/5/17
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Attorney for Debtor

_____    Dated: 5/5/17
Matthew C. Waldt, Esquire
MILSTEAD & ASSOCIATES, LLC
1 E. Stow Road
Marlton, NJ 08053
Attorney for Movant

200660-7

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Delores M. Dooley-Turner,<br><br>        Debtor | Chapter 13<br><br>Case No.: 15-15694-amc |
| The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15,<br>        Movant,<br>vs.<br>Delores M. Dooley-Turner,<br>        Debtor / Respondent,<br>and<br>William C. Miller,<br>        Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on May 5, 2017 with regard to the above matter is APPROVED.

**Date: May 9, 2017**

*/s/ Ashely M. Chan*

Hon. Ashely M. Chan, U.S.B.J.

200660-7

# Exhibit B

# MILSTEAD & ASSOCIATES, LLC

Michael J. Milstead  
Richard M. Milstead  
Mark E. Herrera*  
Nelson Diaz*  
Andrew M. Lubin*  
*Also admitted in PA

**Attorneys at Law**  
1 E. Stow Road, Marlton, New Jersey 08053  
Phone (856) 482-1400  Fax (856) 482-9190  
*www.milsteadlaw.com*

Mary L. Harbert-Bell*  
Matthew C. Waldt*  
Bernadette Irace*  
Roger Fay*

2501 Seaport Drive  
Suite 210  
Chester, PA 19013  
(215) 717-0043  Fax (215) 717-0044

Our File No. 200660-9

January 31, 2019

Brad J. Sadek, Esquire  
Sadek and Cooper  
1315 Walnut Street  
Suite 502  
Philadelphia, PA 19107

Re:   Debtor(s): Delores M. Dooley-Turner  
      Case No.: 15-15694-amc  
      Secured Creditor / Our Client: The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15

Dear Mr. Sadek:

We have been advised by our client that payments in accordance with the terms of the Stipulation Agreement approved by the Bankruptcy Court on May 9, 2017, have not been made.

In order to cure the default, it will be necessary for your client to pay $3,321.09, representing the amount that was to be paid for the months of October 1, 2018 through and including January 1, 2019 and due under the terms of the Order through the date of this letter, within ten (10) days from the date of this letter, plus any additional payments and/or late charges which become due during the ten day period. If the funds are not received within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Acceptance of partial payments will not constitute a waiver of Select Portfolio Servicing, Inc. rights to pursue the default in the event the partial payments are not enough to cure the entire default.

Very truly yours,  
MILSTEAD & ASSOCIATES, LLC


/s/ Matthew C. Waldt  
Matthew C. Waldt, Esquire


cc:  Delores M. Dooley-Turner, 2629 Sorrento Road, Philadelphia, PA 19131

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Delores M. Dooley-Turner,<br><br>                   Debtor. | Chapter 13 |
| The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15,<br>                   Movant,<br>vs.<br>Delores M. Dooley-Turner,<br>                   Debtors / Respondents,<br>and<br>William C. Miller,<br>                   Trustee / Respondent. | Case No.: 15-15694-amc |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this _____ day of _____, 20_____, it is hereby

**ORDERED** that The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Delores M. Dooley-Turner, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 2629 Sorrento Road, Philadelphia, PA 19131;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Ashely M. Chan, U.S.B.J.

cc:    Andrew M. Lubin, Esquire
        Brad J. Sadek, Esquire
        William C. Miller, Trustee
        Delores M. Dooley-Turner

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Delores M. Dooley-Turner,<br><br>                      Debtor. | Chapter 13 |
| The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15,<br>                  Movant,<br>vs.<br>Delores M. Dooley-Turner,<br>                  Debtors / Respondents,<br>and<br>William C. Miller,<br>                  Trustee / Respondent. | Case No.: 15-15694-amc |

**CERTIFICATION OF SERVICE**

Andrew M. Lubin, Esquire counsel for Movant, hereby certifies that a copy of the Certificate of Default, Exhibits and proposed order were served upon the following persons via electronic transmission and/or by regular first-class mail, postage pre-paid, on May 10, 2019, addressed as follows:

| | |
|---|---|
| WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19107<br>*via electronic transmission and regular mail* | BRAD J. SADEK<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>*via electronic transmission and regular mail* |
| Delores M. Dooley-Turner<br>2629 Sorrento Road<br>Philadelphia, PA 19131<br>*via regular mail* | |

                                            Respectfully submitted,
                                            MILSTEAD & ASSOCIATES, LLC

                                             /s/Andrew M. Lubin
DATED:  May 10, 2019                  Andrew M. Lubin, Esquire
                                             Attorney ID No. 54297
                                             alubin@milsteadlaw.com
                                             1 East Stow Road
                                             Marlton, NJ 08053
                                             (856) 482-1400
                                             Attorneys for Movant