IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Delores M. Dooley-Turner,<br>                  Debtor. | Chapter 13 |
| The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15,<br>                  Movant,<br>vs.<br>Delores M. Dooley-Turner,<br>                  Debtors / Respondents,<br>and<br>William C. Miller,<br>                  Trustee / Respondent. | Case No.: 15-15694-amc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __20th__ day of __May__, 20__19__, it is hereby

**ORDERED** that The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-15 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Delores M. Dooley-Turner, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 2629 Sorrento Road, Philadelphia, PA 19131;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Ashely M. Chan, U.S.B.J.

cc:    Andrew M. Lubin, Esquire
        Brad J. Sadek, Esquire
        William C. Miller, Trustee
        Delores M. Dooley-Turner